In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00431-CV**
_____

**MARK CAHILL, Appellant**

**V.**

**CAROLDENE MARIE CAHILL, Appellee**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 14-28426**

## **MEMORANDUM OPINION**

The appellant, Mark Cahill, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on April 13, 2016
Opinion Delivered April 14, 2016
Before McKeithen, C.J., Kreger and Horton, JJ.